(97 South. 923)

John W. JOHNSON, Adm'r, v. J. G. WHITE ENGINEERING CORP. (8 Div. 540.) (Supreme Court of Alabama. June 28, 1923.) Appeal from Circuit Court, Colbert County; Chas.

P. Almon, Judge. R. P. Coleman, of Montgomery, for appellant. Andrews & Peach, of Sheffield, for appellee.

PER CURIAM. The questions here presented are in all material respects the same as those involved in the case of Johnson v. Westinghouse, Church, Kerr & Co., 96 South. 884,[1] at present term. Upon this authority, therefore, the appeal is dismissed, and the writ of mandamus denied. Appeal dismissed, and writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.